JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cv-5349-PA (Ex) |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ROBERT ROMERO, AKA ROBERT V. ROMERO, | |
| Defendant | |

   Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert Romero, aka Robert V. Romero, in the principal amount of $2,646.03 plus interest accrued to July 9, 2014, in the sum of $3,564.25; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of $**6,210.28**.

DATED: December 3, 2014     By: _____
                              Percy Anderson
                              United States District Judge